IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

TZIPPY B. WEINBERGER,

           Plaintiff,

v.

CITIBANK,

           Defendant.

CASE NO. 3:17-cv-002200-MAS-TJB

## STIPULATION AND CONSENT ORDER

THIS MATTER having come before the Court by the agreement and upon the joint application of the parties; and Plaintiff Tzippy B. Weinberger ("Plaintiff") and Defendant Citibank, N.A. ("Defendant") having agreed, through their respective undersigned counsel, to enter into binding arbitration of Plaintiff's claims against Defendant; and good cause having been shown;

IT IS THIS 13th day of October, 2017 hereby

ORDERED that Plaintiff and Defendant are to submit their dispute to arbitration with the American Arbitration Association in accordance with the parties' written agreement to arbitrate, attached hereto; and it is further

ORDERED that Plaintiff's claims in the above-captioned matter are stayed pending resolution of his claims in arbitration; and it is further

ORDERED that this matter is hereby administratively terminated.

IT IS SO ORDERED.

_____
Hon. Michael A. Shipp, U.S.D.J.

DMEAST #30338740 v1

The undersigned counsel hereby consent to the substance and form of this Order, and to its immediate entry upon the docket.

_____
Edward B. Geller, Esquire
M. Harvey Rephen & Associates, P.C.
15 Landing Way
Bronx, New York 10464

*Attorneys for Plaintiff*

Dated: October 9, 2017

_____
William P. Reiley, Esquire
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002

*Attorneys for Defendant*

Dated: October 9, 2017